■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against STATE TAX COMMISSION, Respondent, and CITY OF NEW YORK, Intervener, Respondent.— Application for an order, pursuant to section 618 of the Civil Practice Act, to transfer this appeal to the Appellate Division, Fourth Department, there to be heard and determined. Application granted, without costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See *ante,* p. 627.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, against STATE TAX COMMISSION, Respondent-Appellant; CITY OF NEW YORK, Intervener, Respondent, and JAMES J. McGUINESS, as Referee, Respondent.— Motion by intervener-respondent for leave to appeal to the Court of Appeals upon certified questions of law. Motion denied, without costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See 279 App. Div. 1100.]

## (September 18, 1952.)

■

In the Matter of the Claim of PHILIP TREGUB, Respondent, against WEINER BROS. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to compel the Workmen's Compensation Board to accept notice of appeal. Motion denied, with $10 costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

■

DOUGLAS K. WARNER, Plaintiff, v. JOSEPH J. HOFFMAN et al., Defendants.— Application for reinstatement of appeal. Application denied, without costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part.

■

In the Matter of the Claim of ISABELLE MATTER, Respondent, against GENESEE HOSPITAL et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument, or in the alternative for leave to appeal to the Court of Appeals denied, without costs. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [See 279 App. Div. 1105.]

## (September 24, 1952.)

■

HERSHEY FARMS, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claims Nos. 30282, 30283, 30284.) — Motion to dismiss appeals granted, by default. Foster, P. J., Brewster, Bergan and Coon, JJ., concur; Heffernan, J., taking no part. [202 Misc. 105.]